UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARK HANSEN; S.H., a minor,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendant. | Case No.: 18cv0689-JAH (MDD)<br><br>**ORDER RESETTING HEARING DATE** |

On the Court's own motion, the hearing date for the Motion to Dismiss for Lack of Prosecution pursuant to Federal Rule of Civil Procedure 41(b), scheduled for August 19, 2019 at 2:30 p.m., is **VACATED** and **RESET** for **August 26, 2019 at 2:30 p.m.**, before this Court.

**IT IS SO ORDERED.**

DATED: August 2, 2019

JOHN A. HOUSTON
United States District Judge